LAW OFFICES

**TERRIBERRY, CARROLL & YANCEY, L.L.P.**

3100 ENERGY CENTRE

NEW ORLEANS 70163-3100

JOHN A. BOLLES
CHARLES F. LOZES
ROBERT J. BARBIER
HUGH RAMSAY STRAUB
DAVID B. LAWTON
JANET WESSLER MARSHALL
GARY A. HEMPHILL
LAURENCE R. DeBUYS IV
KEVIN J. LAVIE
STEPHEN E. MATTESKY
MICHAEL M. BUTTERWORTH
JOHN A. SCIALDONE

KENNETH J. GELPI, JR.
ROBERT P. BLACKBURN
JASON A. SCHOENFELD
MICHAEL A. ROSENBLATT

TELEPHONE: (504) 523-6451
TELECOPIER: (504) 524-3257
TELEX: 6821224
CABLE ADDRESS: "TERRIB"

BENJAMIN W. YANCEY
1906-1991

COUNSEL
G. EDWARD MERRITT
CYNTHIA ANNE WEGMANN

WRITER'S DIRECT E-MAIL

February 1, 2002

gahemphill@terriberry.com

Vinod Kumar Dahiya c/o
George W. Healy, IV, Esq.
Kevin O'Bryon, Esq.
1515 Poydras Street
Suite 830
New Orleans, LA 70112

RE: EAGLE AUSTIN - Inj. to A/E Dahiya at sea, 13 November 1999
Our File No.: 32901/GAH

Dear Counsel:

In consideration of your refraining from arresting or attaching the M/V EAGLE AUSTIN, or any other property of common or affiliated ownership or management, in connection with the personal injury sustained by Vinod Kumar Dahiya on the vessel on or about November 13, 1999, the undersigned hereby agrees, vessel lost or not lost:

1. Upon demand, to file an appearance on behalf of the vessel in a suit or arbitration proceeding brought or to be brought by Vinod Kumar Dahiya, and a claim of owner of the vessel in said action;

2. In the event a final judgement, decree or arbitration award (after appeal, if any) is entered in favor of Vinod Kumar Dahiya against Talmidge International Ltd., American Eagle Tankers Inc. Ltd., M/V EAGLE AUSTIN, in rem or quasi in rem, American Eagle Tankers Agencies, Inc., Britannia Steam Ship Insurance Association Ltd., Neptune Shipmanagement Services (Pte) Ltd. and/or Neptune Orient Lines Ltd., or any one of them,



January 30, 2002
Page 2

the undersigned agrees to pay and satisfy such final decree, judgement or award, inclusive of interest and costs, up to but not exceeding the total sum of TWO MILLION AND 00/100 UNITED STATES DOLLARS ($2,000,000), or any lesser amount decreed by the Court or the Arbitrator(s) or settled between the parties, where said settlement has been made with the approval of the undersigned without a final decree, judgement or award being rendered, but in no event to exceed $2,000,000.

3.   Upon written demand, to provide you with a special bond in the amount of $2,000,000 in form and sufficiency of surety reasonably satisfactory to you, but in no event to exceed the sum of $2,000,000, as security for damages claimed in connection with the aforementioned injury to Vinod Kumar Dahiya.

4.   In the event the bond referred to in Paragraph (3), supra, is demanded in writing by you, and is thereafter provided to you, the undersigned shall have no further obligations under Paragraph (2), supra.

It is the intent of this undertaking that the rights of Vinod Kumar Dahiya and claimant of the M/V EAGLE AUSTIN in the suit or arbitration brought or to be brought shall be, and for all purposes shall be taken to be precisely the same as they would have been had the vessel in fact been arrested and released upon the filing of a claim and release bond on this date, reserving on behalf of the vessel, her claimant and owner all other objections and defenses otherwise available and specifically reserving to the vessel, her owners and

February 1, 2002
Page 3

claimants all rights of limitation of liability and all objections as to jurisdiction, venue and forum non conveniens otherwise available.

It is understood and agreed that the execution of this letter by Terriberry, Carroll & Yancey, L.L.P. on behalf of the undersigned shall not be construed as binding upon Terriberry, Carroll & Yancey, L.L.P., or any of its partners, but shall be binding only upon the undersigned principal.

Yours very truly,

THE BRITANNIA STEAM SHIP INSURANCE ASSOCIATION LIMITED

BY: TERRIBERRY, CARROLL & YANCEY, L.L.P.

BY: _____
Gary A. Hemphill
As Attorneys-in-Fact for the above limited purpose only, as per telefax authority